538

### *ORDER*

PER CURIAM.

AND NOW, this 23rd day of November, 2005, the Order of the Superior Court is hereby **AFFIRMED.**

885 A.2d 983

**K.B. II, K.B., and B.B., Appellees,**

v.

**C.B.F., Appellant.**

Supreme Court of Pennsylvania.

Argued Sept. 20, 2004.

Decided Nov. 28, 2005.

Lisa Marie Vari, Pittsburgh, for C.F.

Thomas W. Corbett, Jr., Harrisburg, for Com. of Pa.

James L. Liberto, Greensburg, for K.B., and B.B.

Alberta Rae Beardsley, for K.B., II.

### *ORDER*

PER CURIAM.

**AND NOW** this 28th day of November 2005, the appeal is dismissed as having been improvidently granted.